UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13cv676-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFAULT JUDGMENT** |
| v. | ) | **OF FORFEITURE** |
| | ) | |
| APPROXIMATELY $235,148.00 IN | ) | |
| UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a default judgment of forfeiture against the defendant property.

THE COURT FINDS THAT:

1. A verified complaint for forfeiture in rem of the defendant property was filed on December 12, 2013. Based on the allegations of the complaint, this Court issued a warrant for arrest in rem.

2. Process was fully issued in this action and returned according to law. Pursuant to the warrant for arrest in rem, the government duly retained custody of the defendant property. Service of process was made by certified mail, return receipt requested, and by internet publication of notice, as shown by the declaration filed herein on January 13, 2014.

3. No person has filed a verified claim or an answer within the time allowed by law, and the Clerk has accordingly entered default.

4. Based on the allegations of the verified complaint, the government has shown probable cause to believe that the defendant property is proceeds of an illegal gambling business in violation of 18 U.S.C. § 1955 and that it is therefore subject to forfeiture under 18 U.S.C. § 981(a)(1)(C).

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a judgment of forfeiture by default against the defendant property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.  The government's motion for default judgment of forfeiture is hereby granted.

2.  Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title, or interest shall exist therein: approximately $235,148.00 in United States currency seized on or about November 3, 2013, in Clover, South Carolina.

3.  The United States is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed: February 21, 2014

Frank D. Whitney
Chief United States District Judge